Anthony CARTER, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. 60843.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 4, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Sept. 14, 1992.

Application to Transfer Denied
Oct. 27, 1992.

Dave Hemingway, St. Louis, for movant, appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. Movant had previously pled guilty to four counts of rape, one count of attempted rape, one count of sodomy, and one count of kidnapping.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).